Era Henson, Plaintiff-Appellant, *v.* First National Bank of Elgin *et al.,* Defendants-Appellees.

(No. 74-63;

Second District (2nd Division)—June 12, 1975.

Opinion by Mr. PRESIDING JUSTICE RECHENMACHER.

William T. Davies, of Elgin, for appellant.

Gates W. Clancy, of Geneva, for appellees.